UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                              :        Chapter 13

PHILIP J. BERG                                     :

       Debtor                             :        Bankruptcy No. 14-13299

................................................

## ORDER

................................................

AND NOW, this 30th day of July 2014, for the reasons given in the accompanying statement, it is hereby ordered that the motion of Anna Sappington (acting as administrator of the Estate of Rosemary Smick) seeking relief from the automatic stay is granted pursuant to 11 U.S.C. § 362(d)(1).  The bankruptcy stay is modified to permit the movant to prosecute and obtain an adjudication of her surcharge petition against the debtor, now pending in the Pennsylvania Court of Common Pleas, Montgomery County, Orphans' Court Division, docketed at No. 2011-X1413.

      It is further ordered that, if the state court grants the surcharge petition in whole or in part, the bankruptcy stay remains in place as to the assets of the debtor and the debtor's bankruptcy estate.

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Philip Jay Berg, Esq.
10 Pear Tree Lane
Lafayette Hill, PA 19444

Daniel B. Evans, Esq.
Evans Law Office
P.O. Box 27370
Philadelphia, PA 19118

William C. Miller, Esq.
Chapter 13 Trustee
111 South Independence Mall, Suite 583
Philadelphia, PA 19106